```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      ) 2:08-cr-00481 MCE
                                   )
12            Plaintiff,           )
                                   ) MOTION TO DISMISS
13       v.                        ) INFORMATION
                                   ) and ORDER DISMISSING
14  Zhen Lin,                      ) INFORMATION
                                   )
15            Defendant.           )
                                   )
16
17       Pursuant to Rule 48(a) of the Federal Rules of Criminal
18  Procedure, Plaintiff, United States of America, by and through
19  its undersigned attorney, asks the Court to file an order
20  dismissing the information against Zhen Lin, filed on October 16,
21  2008, in CR. No. S-08-481 MCE.  Upon further examination of the
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

evidence in this case, the government has decided not to prosecute Zhen Lin.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Date: March 3, 2009        By: */s/ Kyle Reardon*
                                KYLE REARDON
                                Assistant U.S. Attorney

                                Attorneys for the Plaintiff
                                UNITED STATES OF AMERICA

**O R D E R**

APPROVED AND SO ORDERED:

Dated: March 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE